# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

**Mary Day**

**Plaintiff**

v.

**Constar Financial Services, LLC et al**
**Defendant**

**Civil Action**
**No: 14cv13423-WGY**

# SETTLEMENT ORDER OF DISMISSAL

**YOUNG, D.J.**

      The Court having been advised on October 13, 2014 that the above-entitled action has been settled:

      IT IS ORDERED that this action is hereby dismissed without cost and without prejudice to the right of any party, upon good cause shown, to reopen the action within sixty (60) days if settlement is not consummated.

By the Court,

/s/Matthew A. Paine

**Deputy Clerk**

October 14, 2014

**To: All Counsel**